# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALVIN BROWN,<br>*Plaintiff*,<br>vs.<br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Case No.: 1:25-cv-01764-DLF |
| ALVIN BROWN,<br>*Petitioner*,<br>vs.<br>JOHN DELEEUW,<br>*Respondent.* | Case No.: 1:26-cv-01249-DLF |
| ROBERT E. PRIMUS,<br>*Plaintiff*,<br>vs.<br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Case No.: 1:25-cv-03521-DLF |

**BRIEF OF NATIONAL URBAN LEAGUE AS AMICUS CURIAE**
**IN SUPPORT OF PLAINTIFFS**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 26.1, I, the undersigned counsel of record for Amicus Curiae the National Urban League (NUL), certify that to the best of my knowledge and belief, NUL has no parent companies, subsidiaries, affiliates, or companies which own at least 10% of its stock which have any outstanding securities in the hands of the public.

Dated: August 12, 2026

Respectfully submitted,

*/s/ Kathleen Shelton*________
Counsel for Amicus

## TABLE OF CONTENTS


CORPORATE DISCLOSURE STATEMENT ..... ii

STATEMENT OF INTEREST ..... 1

INTRODUCTION ..... 3

ARGUMENT ..... 4

I. The removals of Mr. Brown and Mr. Primus are consistent with a pattern of hostility toward Black federal officials and employees by the current Administration. ..... 4

A. The Administration has repeatedly targeted Black officials and a diversifying federal workforce. ..... 4

B. The Administration has treated diversity as a proxy for incompetence. ..... 5

C. The Administration has endorsed extreme racial policy positions through nominations and appointments. ..... 8

II. The removals are consistent with the Administration's actions beyond federal employment ..... 11

A. The Administration has imposed anti-DEI policies on the private sector. ..... 11

B. The Administration has sought to erase Black history and purge diversity from federal materials. ..... 12

C. The Administration has advanced policies that impose a disproportionate burden on Black Americans. ..... 14

CONCLUSION ..... 19

## TABLE OF AUTHORITIES

### EXECUTIVE MATERIALS

Darren Beattie Biography, U.S. Dep't of State (Nov. 1, 2025) .......... 8

Exec. Order No. 14151, 90 Fed. Reg. 8339 (Jan. 20, 2025). .......... 5

Exec. Order No. 14253, 90 Fed. Reg. 14563 (Mar. 27, 2025) .......... 12

Exec. Order No. 14416, 91 Fed. Reg. 47925 (July 24, 2026) .......... 13

Exec. Order. No. 14173, 90 Fed. Reg. 8633 (Jan. 21, 2025). .......... 6, 12

Memorandum, U.S. Off. of Pers. Mgmt., *Initial Guidance Regarding DEIA Executive Orders* (Jan. 21, 2025) .......... 6

Nat'l Transp. Safety Bd., *Midair Collision PSA Airlines Bombardier CRJ700 Airplane and Sikorsky UH-60 Military Helicopter* (Jan. 27, 2026) .......... 7

Off. of Homeland Sec. Stat., *Refugees: 2024* (Aug. 12, 2025) .......... 17

Press Release, Nat'l Transp. Safety Bd., *Systemic Failures Led to Midair Collision Over Potomac River in Washington* (Jan. 28, 2026) .......... 7

Press Release, U.S. Dep't of Ed. *U.S. Department of Education Takes Action to Eliminate DEI* (Jan. 23, 2025) .......... 6

The White House, *Saving America's Story* at 2 (July 4, 2026) .......... 13

Transcript, *Secretary of Defense Pete Hegseth Town Hall at the Pentagon*, U.S. Dep't of War (Feb. 7, 2025) .......... 8

U.S. Citizenship and Immigr. Servs., *DHS Terminating Temporary Protected Status for Afghanistan* (May 12, 2025) .......... 17

U.S. Dep't of Homeland Sec., *Termination of Parole Processes for Cubans, Haitians, Nicaraguans, and Venezuelans* (Mar. 25, 2025) .......... 17

U.S. Dep't of State Bureau of Population, *Refugees and Migration, Refugee Arrivals by State and Nationality* (Oct. 1, 2025 through May 31, 2026) .......... 17

U.S. Dep't of State, *Suspension of Visa Issuance to Foreign Nationals to Protect the Security of the United States* (Feb. 2, 2026) .......... 17

### CASES

*Rose v. Mitchell*, 443 U.S. 545, 555 (1979) .......... 3

**OTHER AUTHORITIES**

Alex Nguyen, *US Accepts Only White Refugees For Sixth Consecutive Month*, Mother Jones (June 6, 2026)........ 17

Alex Nowrasteh & Krit Chanwong, *DOGE Produced the Largest Peacetime Workforce Cut on Record, but Spending Kept Rising*, Cato Institute (Dec. 17, 2025)........ 5

Anders Hagstrom, *Transportation Sec Sean Duffy says FAA systems are 'antiquated,' calls for more air traffic controllers*, Fox News (Feb. 2, 2025)........ 7

Ben Chapman, *America is 'systematically racist' against WHITE people, fumes Jeremy Carl*, GB News (May 24, 2024)........ 10

Bill Barrow & Josh Boak, *Trump's racist post about Obamas is deleted after backlash despite White House earlier defending it*, PBS News (Feb. 6, 2026)........ 11

Bobby Allyn & Shannon Bond, *Member of Elon Musk's DOGE team resigns after racist posts resurface*, NPR (Feb. 7, 2025)........ 10

Brandon Tensley, *Trump's 'Big Beautiful Bill' Targets Medicaid, SNAP, and Student Loans*, Capital B News (July 8, 2025)........ 15

Cassie Miller, *Bigoted beliefs, racist ties found among some of President Trump's appointees*, S. Poverty Law Ctr. (Mar. 6, 2025)........ 11

Cong. Black Caucus Found., *Addressing DEI Discrimination by Federal Contractors* (Mar. 26, 2026)........ 15

Cong. Black Caucus Found., *Continuing the Reduction of the Federal Bureaucracy* (Mar. 14, 2025)........ 16, 18

Cong. Black Caucus Found., *Promoting Access to Mortgage Credit* (Mar. 13, 2026)........ 16

Cong. Black Caucus Found., *Removing Regulatory Barriers to Affordable Home Construction* (Mar. 13, 2026)........ 16

Cong. Black Caucus Found., *Restoring Truth and Sanity to American History* (Mar. 27, 2025). 12

Connor Greene, *Trump Refuses to Apologize for Video Depicting Obamas as Apes After Fierce Backlash*, Time (Feb. 6, 2026)........ 11

Cori Bush (@CoriBush), X (June 19, 2021 at 13:10 EST)........ 9

Darren J. Beattie (@DarrenJBeattie), X (Oct. 1, 2023 at 15:53 EST)........ 9

David Jackson, *White House speechwriter fired over appearance at white nationalist conference*, USA TODAY (Aug. 20, 2018)........ 8

David Smith, *Trump's pick for top diplomatic role faces scrutiny over 'white supremacist' views*, The Guardian (Feb. 12, 2026)........ 9

**OTHER AUTHORITIES (continued)**


Donald J. Trump, *Remarks on the Collision of a United States Army Helicopter and an American Airlines Aircraft Near Ronald Reagan Washington National Airport and an Exchange with Reporters*, The American Presidency Project (Jan. 30, 2025) .............................................. 6, 7

Drew DeSilver, *What the data says about federal workers*, Pew Research Center (Jan. 7, 2025). 5

Elisabeth Bumiller & Erica L. Green, *Trump Fires Black Officials From an Overwhelmingly White Administration*, NY Times (Oct. 8, 2025) ..................................................................... 4

Frank Langfitt, *NSA museum covered plaques honoring women and people of color, provoking an uproar*, NPR (Feb. 5, 2025) ................................................................................ 14

Greg Jaffe & Kate Kelly, *Secret Vetting and Blocked Promotions: Inside Hegseth's War on Diversity*, NY Times (June 19, 2026) ........................................................................ 7

Greg Jaffe, Eric Schmitt, & Helene Cooper, *Hegseth Is Purging Military Leaders With Little Explanation*, NY Times (Nov. 7, 2025) ....................................................................... 8

Gregory Svirnovskiy, *Utah Sen. John Curtis is sinking Jeremy Carl's nomination for a State Department post*, Politico (Feb. 12, 2026)........................................................... 9, 10

Haley Byrd Wilt, *Trump State Department Official Has Called for Sterilizing 'Feral' Populations*, NOTUS (Feb. 10, 2025) ........................................................................ 9

Jacob Wendler, *Academic with history of incendiary remarks to lead US Institute of Peace*, Politico (July 25, 2025)......................................................................................... 9

Jeremy Carl, Senate 119th Cong. PN730-13 (2026)................................................................ 10

Jessica Guynn, *Trump says DEI, civil rights policies hurt White people. Do they?* USA Today (Jan. 15, 2026)...............................................................................................................11

Joint Ctr. for Pol. and Econ. Stud., *State of the Dream 2026: From Regression to Signs of a Black Recession* (Jan. 2026)............................................................................................. 16

Karen Yourish, Annie Daniel, Saurabh Datar, Isaac White, & Lazaro Gamio*, These Words Are Disappearing in the New Trump Administration*, NY Times (Mar. 7, 2025) .......................... 14

Kathryn Dunn Tenpas, *Tracking President Trump's second-term Cabinet and appointees*, Brookings (last updated Nov. 17, 2025) ................................................................... 4

Kellen Browning, *One Big Headache for Politicians These Days: a Messy Digital Footprint*, NY Times (May 10, 2026).................................................................................... 10

Kierra B. Jones & Sara Estep, *How the Trump Administration's DOGE Cuts Are Harming Women*, Ctr. for Am. Progress (June 9, 2025).......................................................... 18

Kiran Rachamallu & Devin O'Connor, *Administration's Radical Personnel Cuts Bypassed Congress and Lacked Transparency, Obscuring Impact on Public Services*, Ctr. on Budget and Pol'y Priorities (Jan. 15, 2026) ......................................................................... 5

Letter from Eight Legacy Civ. Rights Orgs. to Cong. Leadership (June 26, 2025)...................... 15

**OTHER AUTHORITIES (continued)**


Lindsay E. Medlin & Gavin Bell, *DOJ Is Ramping Up FCA Investigations of DEI Practices in the Private Sector*, Bradley Arant Boult Cummings LLP (Jan. 30, 2026) ............................... 12

Meg Kinnard, *A comprehensive look at DOGE's firings and layoffs so far*, AP (Feb. 21, 2025)... 4

Minho Kim, *Vance and Duffy Echo Trump in Blaming D.E.I. for Crash Near Washington*, NY Times (Feb. 2, 2025) ........................................................................................................... 7

Nat'l Urban League, *"One Big Ugly Bill" Betrays Vulnerable Americans to Benefit Wealthiest* (May 22, 2025)......................................................................................................... 15

Nat'l Urban League, *Black America Is Already In A Recession* (Mar. 14, 2026)........................ 16

Nat'l Urban League, *Black Unemployment Soars Amid Administration's War on Racial Equity*, (Aug. 1, 2025) ........................................................................................................... 16

Nat'l Urban League, *Legacy Civil Rights Organizations Denounce President Trump's False Claims About the State of the Union, Vow to Continue Fighting for Black America* (Feb. 25, 2026) ........................................................................................................... 14, 15

Nat'l Urban League, *National Urban League Launches "Counteroffensive" Against Trump Attack on MBDA* (Mar. 18, 2025) ............................................................................ 15, 18

Nat'l Urban League, *National Urban League Convenes Leading Civil Rights, Economic Justice, and Policy Organizations to Launch Fair Budget Coalition* (Apr. 10, 2025) ......................... 16

*New Report Exposes Trump Federal Government Cuts Target Working Women and People of Color*, Nat'l Women's Law Center (May 6, 2025) ........................................................... 5

Nick Schwellenbach, *"Raging Misogynist" Now Federal Government H.R.'s Top Lawyer*, POGO (Jan. 28, 2025)....................................................................................................... 10

Richard Luscombe, Joseph Gedeon, & Aram Roston, *Pete Hegseth removes all women and some Black service members from navy promotion list*, The Guardian (June 3, 2026) ....................... 8

Smithsonian Inst., *About the Smithsonian*, https://www.si.edu/about ......................................... 12

State of Black America, *America 250: Is the American Dream Dead?* (2026)................ 12, 15, 17

State of Black America, *State of Emergency* (2025)..................................................................... 17

Tom Bowman, *Defense Secretary Hegseth intervened to stop promotions of Black and female officers*, NPR (Mar. 27, 2026)........................................................................................ 8

Valerie Wilson, *Black women suffered large employment losses in 2025—particularly among college graduates and public-sector workers* (Feb. 10, 2026) ............................................... 5

Zolan Kanno-Youngs & Hamed Aleaziz, *'Mission South Africa': How Trump Is Offering White Afrikaners Refugee Status*, NY Times (Mar. 30, 2025) ......................................................... 17

## STATEMENT OF INTEREST[1]

The National Urban League (NUL) is a historic civil rights organization that for 116 years has been dedicated to helping Black Americans and historically underserved people achieve their highest potential, self-reliance, power, civil rights, and social parity. Founded in 1910, NUL collaborates at the national and local levels with community leaders, policymakers, and corporate partners to uplift communities through economic empowerment, equality, and social justice. Since its founding, NUL has worked with historically underserved communities to promote racial equality and to combat racial discrimination in all facets of life. NUL has filed numerous amicus briefs in furtherance of this mission. *See, e.g.*, Br. for Nat'l Fair Housing All., et al. as Amici Curiae Supporting Defendants-Appellants, *Texas Bankers v. FDIC*, No. 24-10367 (5th Cir. July 25, 2024), Dkt. 60; Br. of the Nat'l Urban League & NAACP Legal Def. & Educ. Fund, Inc. as Amici Curiae in Support of Petitioner, *Barnes v. Felix*, No. 23-1239 (U.S. Nov. 20, 2024).

The instant cases concern the unlawful and racially motivated terminations of two Black public servants, each of whom were properly nominated and appointed by the President and confirmed by the Senate. First Am. Compl. (FAC) ¶ 32, No. 1:25-cv-01764-DLF (*Brown I*), Dkt. 25[2]; FAC ¶ 38, Case No. 1:25-cv-03521-DLF (*Primus*), Dkt. 15. Each served in a leadership role on his respective board. *Brown I*, FAC ¶ 32; *Primus*, FAC ¶ 38. Both were nevertheless removed from their positions, without explanation, while similarly situated members remained in place.

[1] Pursuant to Fed. R. App. P. 29(a)(4)(E), no party's counsel authored this brief in whole or in part, no party or party's counsel contributed money that was intended to fund preparing or submitting this brief, and no person other than NUL or its counsel contributed money that was intended to fund preparing or submitting this brief.

[2] As discussed in NUL's motion for leave to file this brief, Mr. Brown also filed another case seeking a writ of quo warranto to address a potential remedial issue. *See* Case No. 1:26-cv-01249 (*Brown II*). Because only *Brown I* involves the race discrimination allegations, NUL cites to those pleadings here despite filing this brief in support of both cases.

*Brown I*, FAC ¶ 34; *Primus*, FAC ¶ 40. NUL seeks to contextualize Mr. Brown's and Mr. Primus's terminations within the broader patterns of anti-Black rhetoric and racial discrimination perpetuated by the Trump Administration against Black federal officials, employees, and citizens. The brief thus demonstrates that the terminations of Mr. Brown and Mr. Primus are not one-off cases of aberrant behavior, but part of a larger pattern of discriminatory conduct across the Administration. As an organization committed to economic empowerment and equality for all, NUL has a strong interest in speaking out against these acts of racial injustice.

## INTRODUCTION

President Trump and his Administration equate diversity with weakness. The actions and rhetoric of this Administration assume—and often state outright—that a more diverse workforce is an inherently less competent and less qualified one. Although obviously and demonstrably false, this narrative has resulted in personnel decisions and policy positions across the Executive Branch that have unfairly targeted Black Americans. As described throughout this brief, the Administration has fired numerous Black federal officials and has dismantled the federal workforce that had, over decades of slow progress, diversified. It has prioritized laws, enforcement actions, and policies that disproportionately harm Black people. And it has erased government programs and offices promoting equal opportunity. The terminations of Mr. Brown and Mr. Primus are properly viewed as part of this pattern of hostility and discrimination.

Neither Mr. Brown nor Mr. Primus were given reasons for their terminations, but the Trump Administration's other personnel decisions, policy priorities, and messaging support the claims that Mr. Brown and Mr. Primus were terminated because they are Black. "Discrimination on the basis of race [is] odious in all aspects," *Rose v. Mitchell*, 443 U.S. 545, 555 (1979), and federal courts remain a bastion for the elimination of that discrimination in public service. These former officials deserve a full hearing of their claims of racial discrimination on a factual record.

For these reasons, the National Urban League urges this Court to deny Defendants' and Respondent's motions to dismiss.

## ARGUMENT

**I. The removals of Mr. Brown and Mr. Primus are consistent with a pattern of hostility toward Black federal officials and employees by the current Administration.**

A. *The Administration has repeatedly targeted Black officials and a diversifying federal workforce.*

As Plaintiffs have set forth, the removals of Mr. Brown and Mr. Primus are just two in a string of terminations by the Trump Administration targeting Black federal officials. *Brown I*, FAC ¶¶ 40–42; *Primus*, FAC ¶¶ 45–47. In addition to Mr. Brown and Mr. Primus, President Trump has removed: Gwynne Wilcox of the National Labor Relations Board, Charlotte Burrows of the Equal Employment Opportunity Commission, Travis LeBlanc of the Privacy and Civil Liberties Oversight Board, Carla Hayden as the Librarian of Congress, and Gen. Charles Q. Brown, Jr. as the chairman of the Joint Chiefs of Staff. *Brown I*, FAC ¶ 41; *Primus*, FAC ¶ 46. Willie L. Phillips stepped down from the Federal Energy Regulatory Commission at the request of the White House, and the Trump Administration has tried to fire Lisa Cook from the Federal Reserve Board.[3] At the same time, President Trump has appointed few Black officials in his second term, significantly fewer compared with the four preceding Administrations, including his first term.[4]

The Trump Administration has also targeted the broader federal workforce. Through the Department of Government Efficiency (DOGE), the Administration implemented sweeping and unlawful cuts across various federal agencies and programs.[5] In the first ten months alone, around

---

[3] Elisabeth Bumiller & Erica L. Green, *Trump Fires Black Officials From an Overwhelmingly White Administration*, NY Times (Oct. 8, 2025), https://www.nytimes.com/2025/10/08/us/politics/black-leaders-trump.html.

[4] Kathryn Dunn Tenpas, *Tracking President Trump's second-term Cabinet and appointees*, Brookings (last updated Nov. 17, 2025), https://www.brookings.edu/articles/tracking-president-trumps-second-term-cabinet-and-appointees/.

[5] Meg Kinnard, *A comprehensive look at DOGE's firings and layoffs so far*, AP (Feb. 21, 2025), https://apnews.com/article/doge-firings-layoffs-federal-government-workers-musk-d33cdd7872d64d2bdd8fe70c28652654; Alex Nowrasteh & Krit Chanwong, *DOGE Produced the Largest Peacetime Workforce Cut on Record, but Spending Kept Rising*, Cato Institute (Dec. 17,

220,000 employees left the federal workforce through a combination of pressure campaigns, premature departure incentives, and widespread terminations.[6] These mass layoffs disproportionately impacted Black Americans.[7] Indeed, women and people of color made up the majority of the workforce at many of the federal agencies where initial large-scale layoffs were concentrated.[8] And in 2025, Black women suffered staggering employment losses, even as compared to other minority groups, "driven entirely by public-sector losses, with most job losses in federal government."[9]

B. *The Administration has treated diversity as a proxy for incompetence.*

The Administration's broader views on diversity in the federal workforce are no mystery. On the day of his inauguration, President Trump signed Executive Order 14151, "Ending Radical and Wasteful Government DEI Programs and Preferencing," directing every federal agency to terminate its Diversity, Equity, and Inclusion (DEI) offices, programs, and positions.[10] The next day, he signed a related Executive Order titled "Ending Illegal Discrimination and Restoring Merit-Based Opportunity" that revoked decades of prior Executive Branch DEI and affirmative-action

---

2025), https://www.cato.org/blog/doge-produced-largest-peacetime-workforce-cut-record-spending-kept-rising-0.

[6] Kiran Rachamallu & Devin O'Connor, *Administration's Radical Personnel Cuts Bypassed Congress and Lacked Transparency, Obscuring Impact on Public Services*, Ctr. on Budget and Pol'y Priorities (Jan. 15, 2026), https://www.cbpp.org/research/federal-budget/administrations-radical-personnel-cuts-bypassed-congress-and-lacked.

[7] Drew DeSilver, *What the data says about federal workers*, Pew Research Center (Jan. 7, 2025), https://www.pewresearch.org/short-reads/2025/01/07/what-the-data-says-about-federal-workers/.

[8] *New Report Exposes Trump Federal Government Cuts Target Working Women and People of Color*, Nat'l Women's Law Center (May 6, 2025), https://nwlc.org/press-release/new-report-exposes-trump-federal-government-cuts-target-working-women-and-people-of-color/.

[9] Valerie Wilson, *Black women suffered large employment losses in 2025—particularly among college graduates and public-sector workers* (Feb. 10, 2026), https://www.epi.org/blog/black-women-suffered-large-employment-losses-in-2025-particularly-among-college-graduates-and-public-sector-workers/.

[10] Exec. Order No. 14151, 90 Fed. Reg. 8339 (Jan. 20, 2025).

policies.[11] This presidential decree makes the extraordinary claim that policies supporting diversity "threaten the safety of American men, women, and children across the Nation by diminishing the importance of individual merit, aptitude, hard work, and determination," and alleged that such policies ran counter to hiring based on "what [employees] were capable of doing."[12] The obvious implication: a diverse federal workforce is inherently less worthy, less capable, and dangerous. As a result, agencies across the Executive Branch were forced to cancel DEI-related staff trainings, dissolve diversity offices, and terminate DEI-related contracts and grants.[13]

The Trump Administration has wielded this narrative as a cudgel even in the face of national tragedies that have nothing to do with race. When a plane crash devastatingly killed 67 people on January 29, 2025, the Trump Administration blamed diversity in hiring.[14] In remarks about the crash, President Trump accused recent Democratic administrations of lowering hiring standards for air traffic controllers, explaining that "[a] group within [President Obama's] FAA . . . determined that the workforce was too White" and that President Biden's Secretary of Transportation "r[a]n [the Department of Transportation] right into the ground with his diversity."[15] According to President Trump, these prior diversity initiatives were problematic

---

[11] Exec. Order. No. 14173, 90 Fed. Reg. 8633 (Jan. 21, 2025).
[12] *Id.*
[13] Memorandum, U.S. Off. of Pers. Mgmt., *Initial Guidance Regarding DEIA Executive Orders* (Jan. 21, 2025), https://www.opm.gov/chcoc/latest-memos/initial-guidance-regarding-deia-executive-orders.pdf; *see, e.g.*, Press Release, U.S. Dep't of Ed., *U.S. Department of Education Takes Action to Eliminate DEI* (Jan. 23, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-takes-action-eliminate-dei.
[14] Donald J. Trump, *Remarks on the Collision of a United States Army Helicopter and an American Airlines Aircraft Near Ronald Reagan Washington National Airport and an Exchange with Reporters*, The American Presidency Project (Jan. 30, 2025), https://www.presidency.ucsb.edu/documents/remarks-the-collision-united-states-army-helicopter-and-american-airlines-aircraft-near.
[15] *Id.*

because "we want the people that are competent."[16] Later in the same news conference, President Trump was asked how he "can come to the conclusion right now that diversity had something to do with this crash."[17] He responded: "Because I have common sense."[18] The current Secretary of Transportation echoed these sentiments, telling Fox News that "[y]ou can't focus on diversity, equity and inclusion when you try to hire air traffic controllers" but rather, "you focus on the best and the brightest."[19] Contrary to these assertions, the National Transportation Safety Board's final report attributed the crash to "serious and long-standing" "[s]ystemic failures in airspace design, safety oversight, and risk management," as well as "the high workload during a period of elevated traffic"—not diversity.[20]

The military, traditionally insulated somewhat from political swings, has not been spared. Before he was nominated and confirmed as Secretary of Defense, Pete Hegseth wrote in his 2024 book "The War on Warriors" that "[w]hen I think about my career in uniform, in almost every instance where there has been poor leadership or people in positions they're not qualified for, it was based on either the reality or the perception of a 'diversity hire.'"[21] Since his confirmation,

---

[16] *Id.*
[17] *Id.*
[18] *Id.*
[19] Anders Hagstrom, *Transportation Sec Sean Duffy says FAA systems are 'antiquated,' calls for more air traffic controllers*, Fox News (Feb. 2, 2025), https://www.foxnews.com/politics/transportation-sec-sean-duffy-says-faa-systems-antiquated-calls-more-air-traffic-controllers; Minho Kim, *Vance and Duffy Echo Trump in Blaming D.E.I. for Crash Near Washington*, NY Times (Feb. 2, 2025), https://www.nytimes.com/2025/02/02/us/politics/vance-duffy-trump-dei-crash.html.
[20] Press Release, Nat'l Transp. Safety Bd., *Systemic Failures Led to Midair Collision Over Potomac River in Washington* (Jan. 28, 2026), https://www.ntsb.gov/news/press-releases/Pages/NR20260127.aspx; Nat'l Transp. Safety Bd., *Midair Collision PSA Airlines Bombardier CRJ700 Airplane and Sikorsky UH-60 Military Helicopter* (Jan. 27, 2026), https://www.ntsb.gov/investigations/Pages/DCA25MA108.aspx.
[21] Greg Jaffe & Kate Kelly, *Secret Vetting and Blocked Promotions: Inside Hegseth's War on Diversity*, NY Times (June 19, 2026), https://www.nytimes.com/2026/06/19/us/politics/hegseth-navy-blocked-promotions-diversity.html.

Secretary Hegseth has repeated these views. In a speech to military commanders, he claimed that, "[f]or too long, we've promoted too many uniform leaders for the wrong reasons—based on their race, based on gender quotas, based on historic so-called firsts."[22] He has fired or blocked promotions of Black and female officers, including those he believed had advanced initiatives to diversify the military.[23] And he has emphatically proclaimed that "the single dumbest phrase in military history is Our Diversity is Our Strength."[24]

C. *The Administration has endorsed extreme racial policy positions through nominations and appointments.*

While the President has used one hand to punish Black officials, he has used the other to elevate those with policy positions that would normally be disqualifying. These coveted political roles serve as reward and encouragement for advancing policies that harm Black Americans. As the political maxim goes, "personnel is policy."

Darren Beattie, for example, currently serves as Senior Advisor for Western Hemisphere Affairs at the Department of State and has served in multiple roles throughout the Department of State since February 2025.[25] But Beattie was fired from his job as a speech writer during the previous Trump Administration for speaking at a conference with ties to white nationalists.[26] And

---

[22] Richard Luscombe, Joseph Gedeon, & Aram Roston, *Pete Hegseth removes all women and some Black service members from navy promotion list*, The Guardian (June 3, 2026), https://www.theguardian.com/us-news/2026/jun/03/pete-hegseth-navy-promotion-list.

[23] Tom Bowman, *Defense Secretary Hegseth intervened to stop promotions of Black and female officers*, NPR (Mar. 27, 2026), https://www.npr.org/2026/03/27/nx-s1-5763863/hegseth-soldiers-promotions; Greg Jaffe, Eric Schmitt, & Helene Cooper, *Hegseth Is Purging Military Leaders With Little Explanation*, NY Times (Nov. 7, 2025), https://www.nytimes.com/2025/11/07/us/politics/hegseth-firing-military-leaders.html.

[24] Transcript, *Secretary of Defense Pete Hegseth Town Hall at the Pentagon*, U.S. Dep't of War (Feb. 7, 2025), https://www.war.gov/News/Transcripts/Transcript/article/4060651/secretary-of-defense-pete-hegseth-town-hall-at-the-pentagon/.

[25] Darren Beattie Biography, U.S. Dep't of State (Nov. 1, 2025), https://www.state.gov/biographies/darren-beattie/.

[26] David Jackson, *White House speechwriter fired over appearance at white nationalist conference*, USA TODAY (Aug. 20, 2018),

in a 2024 social media post, Beattie wrote that "competent white men must be in charge if you want things to work."[27] The year before, Beattie responded to a post about violence in Atlanta by calling for a sterilization program: "When a population gets feral, a little snip snip keeps things in control[.] Could offer incentives (Air Jordans, etc.)[.]"[28]

Jeremy Carl was nominated by President Trump to be the Assistant Secretary of State for International Organization Affairs despite frequently espousing racist and incendiary rhetoric. Indeed, Carl allegedly removed almost 5,000 pre-nomination social media posts.[29] In response to a Juneteenth tweet by a member of the U.S. House of Representatives about the "millions of incarcerated Black people . . . still in bondage,"[30] Carl wrote: "There is no 'peaceful coexistence' we are going to have when our opposition is led by people like this. We either win or die."[31] In another post about prosecutions against January 6th rioters, he stated that he would "rather be a black man on trial for the assault of a white man in 1930s rural Mississippi than . . . a right-winger

https://www.usatoday.com/story/news/politics/2018/08/20/trump-speechwriter-darren-beattie-fired/1040128002/.

[27] Jacob Wendler, *Academic with history of incendiary remarks to lead US Institute of Peace*, Politico (July 25, 2025), https://www.politico.com/news/2025/07/25/darren-beattie-institute-of-peace-00478133.

[28] Darren J. Beattie (@DarrenJBeattie), X (Oct. 1, 2023 at 15:53 EST), https://x.com/DarrenJBeattie/status/1708570973711028289?s=46&t=-P4-PsZAKsJtVBvZqW7IqQ; Haley Byrd Wilt, *Trump State Department Official Has Called for Sterilizing 'Feral' Populations*, NOTUS (Feb. 10, 2025), https://www.notus.org/whitehouse/trump-state-department-darren-beattie-feral.

[29] Gregory Svirnovskiy, *Utah Sen. John Curtis is sinking Jeremy Carl's nomination for a State Department post*, Politico (Feb. 12, 2026), https://www.politico.com/live-updates/2026/02/12/congress/carl-hearing-00778566.

[30] Cori Bush (@CoriBush), X (June 19, 2021 at 13:10 EST), https://x.com/CoriBush/status/1406298415265427461.

[31] David Smith, *Trump's pick for top diplomatic role faces scrutiny over 'white supremacist' views*, The Guardian (Feb. 12, 2026), https://www.theguardian.com/us-news/2026/feb/12/trump-nominee-jeremy-carl-racist-views.

in DC today on trial for political crimes."[32] He has decried that "[w]e are essentially moving . . . to what is effectively, a post-White America."[33] He also authored a book in which he argues that "the most politically salient and socially salient forms of racism today in America are racism against white people," and has referred to America as "systematically discriminatory against whites" which "[y]ou see . . . through what we call affirmative action."[34] Carl was not confirmed by the Senate.[35]

Marko Elez was appointed to work in the Department of Treasury as part of DOGE. An account connected to him included a number of racist posts, such as the statements that "[y]ou could not pay me to marry outside of my ethnicity" and "[j]ust for the record, I was racist before it was cool."[36]

Andrew Kloster, who served as General Counsel in the Office of Personnel Management, has a well-documented history of racist social media posts.[37] Among others, he wrote that

---

[32] Kellen Browning, *One Big Headache for Politicians These Days: a Messy Digital Footprint*, NY Times (May 10, 2026), https://www.nytimes.com/2026/05/10/us/politics/politicians-old-tweets-controversies.html.
[33] *Supra* note 29.
[34] Ben Chapman, *America is 'systematically racist' against WHITE people, fumes Jeremy Carl*, GB News (May 24, 2024), https://www.gbnews.com/news/us/america-systemically-racist-white-people-jeremy-carl.
[35] Jeremy Carl, Senate 119th Cong. PN730-13 (2026), https://www.congress.gov/nomination/119th-congress/730/13 (last visited Aug. 12, 2026).
[36] Bobby Allyn & Shannon Bond, *Member of Elon Musk's DOGE team resigns after racist posts resurface*, NPR (Feb. 7, 2025), https://www.npr.org/2025/02/06/nx-s1-5289337/elon-musk-doge-treasury.
[37] *See, e.g.*, Nick Schwellenbach, *"Raging Misogynist" Now Federal Government H.R.'s Top Lawyer*, POGO (Jan. 28, 2025), https://www.pogo.org/investigates/raging-misogynist-now-federal-government-h-r-s-top-lawyer.

"November 2024" would be "White History Month" and that "[s]laves built America. Therefore ,,, [sic] Slaves owe us reparations."[38]

These personnel decisions are unsurprising in an administration led by a President whose individual account is used to post racist content.[39] And the list could, unfortunately, continue. These nominations and appointments reflect just a small portion of the Administration's embrace of anti-Black racism.

## II. The removals are consistent with the Administration's actions beyond federal employment.

### A. *The Administration has imposed anti-DEI policies on the private sector.*

President Trump has not stopped his anti-DEI crusade at federal building doors. Indeed, Trump campaigned on anti-white racism, vowing to reverse "the DEI revolution" and other efforts characterized as "affirmative discrimination" against white people.[40] On his second day back in office, President Trump issued an Executive Order directing each federal agency to investigate the use of DEI by contractors or grantees and requiring the Attorney General to take concrete steps to

---

[38] Cassie Miller, *Bigoted beliefs, racist ties found among some of President Trump's appointees*, S. Poverty Law Ctr. (Mar. 6, 2025), https://www.splcenter.org/resources/hatewatch/bigoted-beliefs-racist-ties-found-among-president-trumps-appointees/.

[39] In February 2026, President Trump posted on his Truth Social account an AI-generated image depicting former President Barack Obama and his wife, Michelle Obama, as primates in a jungle. Bill Barrow & Josh Boak, *Trump's racist post about Obamas is deleted after backlash despite White House earlier defending it*, PBS News (Feb. 6, 2026), https://www.pbs.org/newshour/politics/trump-shares-a-racist-video-that-depicts-the-obamas-as-primates. White House Press Secretary Karoline Leavitt defended the post and told media outlets to "stop the fake outrage" and "report on something today that actually matters to the American public." *Id.* The post was deleted the next day, but President Trump refused to apologize because he "didn't make a mistake" despite admitting that he had asked a staffer to share the video that included the offensive clip. Connor Greene, *Trump Refuses to Apologize for Video Depicting Obamas as Apes After Fierce Backlash*, Time (Feb. 6, 2026), https://time.com/7372734/trump-obama-monkey-video-republican-criticism-racist-trope/. President Trump also claimed he had not seen "the whole thing." *Id.*

[40] Jessica Guynn, *Trump says DEI, civil rights policies hurt White people. Do they?* USA Today (Jan. 15, 2026), https://www.usatoday.com/story/money/2026/01/12/dei-civil-rights-trump-white-people/88147329007/.

"deter DEI programs and principles."[41] Pursuant to this decree, the Department of Justice launched investigations into DEI practices at private sector companies and universities across the country.[42] As a result, corporations, law firms, and universities felt compelled to dismantle the diverse pipelines they spent years building.[43]

B. *The Administration has sought to erase Black history and purge diversity from federal materials.*

Not content with targeting diversity in the employment sphere, the Trump Administration has sought to diminish the legacies of Black Americans, embarking on a campaign to suppress education around Black history. Just two months into his second term, the President issued an Executive Order titled "Restoring Truth and Sanity to American History" that, among other things, attacked the Smithsonian Institution, the world's largest museum, education, and research complex spanning 21 museums and 14 education and research centers.[44] Specifically, the Executive Order accused the Smithsonian Institution of "com[ing] under the influence of a divisive, race-centered ideology" that "portray[s] American and Western values as inherently harmful and oppressive," "deepens societal divides[,] and fosters a sense of national shame."[45] This same Executive Order also threatened funding to the National Museum of African American History, the world's largest museum dedicated to African American history and culture.[46]

---

[41] *Supra* note 11.
[42] Lindsay E. Medlin & Gavin Bell, *DOJ Is Ramping Up FCA Investigations of DEI Practices in the Private Sector*, Bradley Arant Boult Cummings LLP (Jan. 30, 2026), https://www.eyeonenforcement.com/2026/01/doj-is-ramping-up-fca-investigations-of-dei-practices-in-the-private-sector/.
[43] State of Black America, *America 250: Is the American Dream Dead?* at 14–15 (2026), https://78ab0743.flowpaper.com/NULSOBAExecutiveSummary2026web/.
[44] Smithsonian Inst., *About the Smithsonian*, https://www.si.edu/about (last visited Aug. 11, 2026).
[45] Exec. Order No. 14253, 90 Fed. Reg. 14563 (Mar. 27, 2025).
[46] *Id.*; *see also* Cong. Black Caucus Found., *Restoring Truth and Sanity to American History* (Mar. 27, 2025),

Pursuant to this Executive Order, the Administration undertook a months-long review of the Smithsonian.[47] This review culminated in a 162-page report chastising the Smithsonian Institution generally and targeting the National Museum of American History (NMAH) in particular.[48] Published on July 4, 2026 and titled "Saving America's Story: How Ideological Capture at the Smithsonian Institution's National Museum of American History Erases Our Heritage," the report concluded that NMAH "fails in the basic task of illuminating our heritage" by portraying our country as, "above all, defined by white supremacy, slavery, conquest, exclusion, hierarchy, racism, xenophobia, misogyny, and systemic injustice."[49] The report casts NMAH as myopically focused on anti-white sentiment and expressing negative views toward "traditional patriotic narratives."[50] A few weeks after this report was published, President Trump issued another Executive Order, "Restoring Trust in the Smithsonian Institution," criticizing the Smithsonian and sanctioning NMAH's race-conscious practices and teachings by requiring "signage" outside NMAH "[w]arning [v]isitors [a]bout the [i]deological [c]apture" and "correct[ing] inaccurate information presented in the [m]useum."[51]

In other parts of the federal government, officials purged websites and other materials simply because they contained words or topics that reflected or related to diversity. In just the first few weeks of 2025, the Trump Administration removed or edited thousands of web pages to eliminate ideas or terminology it did not like, including words like "Black," "bias," "diversity,"

---

https://issuu.com/congressionalblackcaucusfoundation/docs/restoring_truth_and_sanity_to_american_history.

47 The White House, *Saving America's Story* at 2 (July 4, 2026), https://www.whitehouse.gov/releases/2026/07/saving-americas-story/.

48 *See generally id.*

49 *Id.* at 1–2.

50 *Id.* at 2.

51 Exec. Order No. 14416, 91 Fed. Reg. 47925 (July 24, 2026).

and "minority."[52] The Federal Aviation Administration, for example, removed the word "diverse" from a description of its workforce on its job page.[53] A description of Head Start, a federally funded program that provides free learning and development services to young children from low-income families, was revised to exclude references to "racial injustice," "social inequities," and the demographics of Head Start teachers.[54] And the National Cryptologic Museum taped sheets of paper over plaques in the museum's Hall of Honor celebrating women and people of color who had served at the National Security Agency.[55] While the government removed the paper following public outrage and claimed it was a mistake,[56] the incident reflects the anti-DEI sentiment that has swept across the Administration. As just these few examples show, the orders and intent of the Administration have been read—and indeed must be read—as attempting to erase hard-won gains of the past and cover over—sometimes literally—the fullness of Black history.

C. *The Administration has advanced policies that impose a disproportionate burden on Black Americans.*

As NUL has documented, the Trump Administration has made life more difficult for Black people in this country across just about every measure.[57] Indeed, the Administration has waged a

[52] Karen Yourish, Annie Daniel, Saurabh Datar, Isaac White, & Lazaro Gamio*, These Words Are Disappearing in the New Trump Administration*, NY Times (Mar. 7, 2025), https://www.nytimes.com/interactive/2025/03/07/us/trump-federal-agencies-websites-words-dei.html.
[53] *Id.*
[54] *Id.*
[55] Frank Langfitt, *NSA museum covered plaques honoring women and people of color, provoking an uproar*, NPR (Feb. 5, 2025), https://www.npr.org/2025/02/05/nx-s1-5286299/nsa-museum-dei-exhibit-women-people-of-color-trump.
[56] *Id.*
[57] Nat'l Urban League, *Legacy Civil Rights Organizations Denounce President Trump's False Claims About the State of the Union, Vow to Continue Fighting for Black America* (Feb. 25, 2026), https://nul.org/index.php/news/legacy-civil-rights-organizations-denounce-president-trumps-false-claims.

wide-ranging attack on the American Dream, from housing and transportation to civil rights protections and physical safety.[58]

Last summer, the President signed into law the "One Big Beautiful Bill" amid fierce opposition and widespread criticism from members of Congress, advocacy groups, and media alike.[59] The legislation generated—and continues to generate—intense debate over its far-reaching consequences, including its cuts to programs that are lifelines for Black Americans and other historically underserved communities.[60] Among other ramifications, the bill slashed funding for Medicaid and the Supplemental Nutrition Assistance Program, and reformed federal student loan regulations so as to limit access to financial assistance and eliminate affordable repayment plans.[61] As NUL and its partners explained to congressional leaders, these outcomes disproportionately burden Black Americans, who rely on these essential services at higher rates than others.[62]

The Trump Administration also attacked longstanding programs designed to expand access to capital, contracts, and other economic opportunities for minority-owned businesses.[63] And the Administration's changes to mortgage credit and affordable housing regulations open Black

---

[58] *Id.*; *see also supra* note 43.
[59] *See, e.g.*, Nat'l Urban League, *"One Big Ugly Bill" Betrays Vulnerable Americans to Benefit Wealthiest* (May 22, 2025), https://nul.org/news/one-big-ugly-bill-betrays-vulnerable-americans-to-benefit-wealthiest?ref=starkravingmadison.ghost.io.
[60] Letter from Eight Legacy Civ. Rights Orgs. to Cong. Leadership (June 26, 2025), https://www.naacpldf.org/wp-content/uploads/CRO-8-Opposition-to-Senate-Reconciliation06_26_25.pdf; Brandon Tensley, *Trump's 'Big Beautiful Bill' Targets Medicaid, SNAP, and Student Loans*, Capital B News (July 8, 2025), https://capitalbnews.org/trump-big-beautiful-bill-medicaid-snap-student-loan-cuts/.
[61] Civ. Rights Orgs. Letter, *supra* note 60.
[62] Civ. Rights Orgs. Letter, *supra* note 60.
[63] Nat'l Urban League, *National Urban League Launches "Counteroffensive" Against Trump Attack on MBDA* (Mar. 18, 2025), https://nul.org/index.php/news/national-urban-league-launches-counteroffensive-against-trump-attack-on-mbda; Cong. Black Caucus Found., *Addressing DEI Discrimination by Federal Contractors* (Mar. 26, 2026), https://issuu.com/congressionalblackcaucusfoundation/docs/addressing_dei_discrimination_by_federal_contracto.

communities up to an increased risk of predatory lending and environmental harms.[64] As a result of these and myriad other detrimental policy changes, less than a year into President Trump's second term, experts and advocates announced that Black America was already in a recession,[65] with Black unemployment surging higher than it had in years.[66]

Of course, the impacts are not just financial. President Trump gutted seven government entities that support Black communities with everything from access to educational materials to resources for unhoused people, of which more than 40% are Black.[67] He has overhauled—and hobbled—the civil rights goals of the Justice Department's Civil Rights Division and the Equal Employment Opportunity Commission, which have historically sought to protect Black

[64] Cong. Black Caucus Found., *Promoting Access to Mortgage Credit* (Mar. 13, 2026), https://issuu.com/congressionalblackcaucusfoundation/docs/promoting_access_to_mortgage_credit_?fr=xKAE9_zMzMw; Cong. Black Caucus Found., *Removing Regulatory Barriers to Affordable Home Construction* (Mar. 13, 2026), https://issuu.com/congressionalblackcaucusfoundation/docs/removing_regulatory_barriers_to_affordable_home_co.

[65] Joint Ctr. for Pol. and Econ. Stud., *State of the Dream 2026: From Regression to Signs of a Black Recession* (Jan. 2026), https://jointcenter.org/wp-content/uploads/2026/01/JC_State_of_the_Dream_2026_DIGITAL_v3.pdf; *see also* Nat'l Urban League, *Black America Is Already In A Recession* (Mar. 14, 2026), https://nul.org/index.php/news/black-america-already-recession; Nat'l Urban League, *National Urban League Convenes Leading Civil Rights, Economic Justice, and Policy Organizations to Launch Fair Budget Coalition* (Apr. 10, 2025), https://nul.org/news/national-urban-league-convenes-leading-civil-rights-economic-justice-and-policy-organizations.

[66] Nat'l Urban League, *Black Unemployment Soars Amid Administration's War on Racial Equity*, (Aug. 1, 2025), https://nul.org/index.php/news/black-unemployment-soars-amid-administrations-war-racial-equity.

[67] Cong. Black Caucus Found., *Continuing the Reduction of the Federal Bureaucracy* (Mar. 14, 2025), https://issuu.com/congressionalblackcaucusfoundation/docs/continuing_the_reduction_of_the_federal_bureaucrac?fr=sMzM2YzgzNzg4MzA.

Americans.[68] And he has denounced and gutted efforts to make voting more accessible to communities of color.[69]

When it comes to immigration policy, the Trump Administration has virtually eliminated refugee admissions from non-white countries. From October 1, 2025 to May 31, 2026, the United States admitted 6,668 refugees, of which 6,665 were white South Africans.[70] Aside from three Afghan refugees in November of last year, no other non-white refugees were admitted.[71] Not only is this a precipitous drop from the 125,000 cap in recent years,[72] but it reflects a discriminatory exercise of immigration power, welcoming white refugees while cutting off refugees of color.[73]

The Administration has also eviscerated federally funded initiatives related to diversity, equity, and inclusion. One such cut slashed over 1,400 humanities grants totaling around $100

[68] *Supra* note 43; State of Black America, *State of Emergency* (2025) https://78ab0743.flowpaper.com/NULSOBAExecutiveSummary2025web1/#page=2.
[69] *Supra* note 43.
[70] Alex Nguyen, *US Accepts Only White Refugees For Sixth Consecutive Month*, Mother Jones (June 6, 2026), https://www.motherjones.com/politics/2026/06/south-africa-white-genocide-afrikaner-refugees-asylum/; U.S. Dep't of State Bureau of Population, *Refugees and Migration, Refugee Arrivals by State and Nationality* (Oct. 1, 2025 through May 31, 2026), https://www.rpc.state.gov/documents/Refugee%20Arrivals%20by%20State%20and%20Nationality%20as%20of%20May%2031,%202026.pdf.
[71] Nguyen, *supra* note 70.
[72] Off. of Homeland Sec. Stat., *Refugees: 2024* (Aug. 12, 2025), https://ohss.dhs.gov/topics/immigration/refugees/annual-flow-report/fy-24-refugees-flow-report.
[73] Zolan Kanno-Youngs & Hamed Aleaziz, *'Mission South Africa': How Trump Is Offering White Afrikaners Refugee Status*, NY Times (Mar. 30, 2025), https://www.nytimes.com/2025/03/30/us/politics/trump-south-africa-white-afrikaners-refugee.html; *see also* U.S. Dep't of State, *Suspension of Visa Issuance to Foreign Nationals to Protect the Security of the United States* (Feb. 2, 2026), https://travel.state.gov/content/travel/en/News/visas-news/suspension-of-visa-issuance-to-foreign-nationals-to-protect-the-security-of-the-united-states.html; U.S. Citizenship and Immigr. Servs., *DHS Terminating Temporary Protected Status for Afghanistan* (May 12, 2025), https://www.uscis.gov/newsroom/news-releases/dhs-terminating-temporary-protected-status-for-afghanistan; U.S. Dep't of Homeland Sec., *Termination of Parole Processes for Cubans, Haitians, Nicaraguans, and Venezuelans* (Mar. 25, 2025), https://www.federalregister.gov/documents/2025/03/25/2025-05128/termination-of-parole-processes-for-cubans-haitians-nicaraguans-and-venezuelans.

million, which DOGE selected using artificial intelligence and keyword searches with terms relating to diversity, equity, and inclusion, such as "history," "culture," and "identity." *Am. Council of Learned Societies v. Nat'l Endowment for the Humans.*, 2026 WL 1256545, at *1, *11 (S.D.N.Y. May 7, 2026). In so doing, "DOGE, relying on ChatGPT and on [DOGE staffers'] understanding of the Administration's hostility to 'DEI,' treated race as a criterion for disqualification." *Id.* at *57. And "DOGE's wholesale elimination of grants dedicated to African American history," a federal judge found, cannot be reconciled with "any legitimate determination that scholarship about Black life, culture, exclusion, achievement, or the civil-rights struggle is unworthy of federal funding." *Id.* at *56. Just a few examples of projects swept up in this mass termination include a "biography explor[ing] the life and accomplishments of . . . a Black lawyer and jurist," a "documentary explor[ing] a historical event that significantly impacted Black civil rights," and a "proposal aim[ing] to expand understanding of Black life and geography during slavery." *Id.*

Some attacks are less blatant, yet equally harmful. DOGE cancelled hundreds of women-focused public health grants, including studies seeking to close the gap on conditions and illnesses that disproportionately impact Black women and other women of color.[74] And the Administration also revised federal contracting guidelines and other economic programs in a manner that limits Black business owners' ability to access federal support, changes that will have long-term impacts on these avenues of economic mobility for Black communities.[75]

These cuts to programs supporting civil rights enforcement, public health, education, housing, and community development weaken the institutions and infrastructure that combat

---

[74] Kierra B. Jones & Sara Estep, *How the Trump Administration's DOGE Cuts Are Harming Women*, Ctr. for Am. Progress (June 9, 2025), https://www.americanprogress.org/article/how-the-trump-administrations-doge-cuts-are-harming-women/.

[75] Cong. Black Caucus Found., *supra* note 63; *supra* note 67.

longstanding racial disparities and that were intended to expand opportunity for Black Americans. And they will widen existing racial inequities, deprive Black communities of critical resources, and foreclose opportunities for years to come.

**CONCLUSION**

For the above reasons, Mr. Brown's and Mr. Primus's unconstitutional and unlawful removals are consistent with a pattern of hostility toward Black officials and Black people in general across the Trump Administration. The Court should therefore deny Defendants' and Respondent's motions to dismiss.

*/s/ Kathleen Shelton*
Kathleen Shelton (DC Bar No. 1619066)
Clayton L. Bailey (DC Bar No. 1644867)
Margaret (Emmy) Wydman (DC Bar No. 90007646)
**Civil Service Law Center LLP**
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
(202) 505-7920
kshelton@civilservicellp.com
cbailey@civilservicellp.com
ewydman@civilservicellp.com

*Counsel for Amicus*

**STATEMENT OF COMPLIANCE**

I hereby certify that this brief complies with all the applicable requirements of LCvR 5.4 and LCvR 7(o), including all formatting requirements set forth in LCvR 7(o) and in LCvR 5.1(d). Specifically, the undersigned certifies that the brief complies with the applicable page limit set forth in LCvR 7(o) as it contains 19 pages.

*/s/ Kathleen Shelton*________
Counsel for Amicus