**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALVIN BROWN,<br>*Petitioner,*<br>v.<br>JOHN DELEEUW,<br>*Respondent.* | No. 26-cv-01249 (DLF) |

**ORDER**

For the reasons stated in the accompanying minute order and the October 31, 2026 Memorandum Opinion posted in the related case, *Brown v. Trump*, No. 25-cv-01764, it is

**ORDERED** that the respondent's Motion to Dismiss, Dkt. 15, is **GRANTED**. Accordingly, this case is dismissed without prejudice.

**SO ORDERED.**

Dabney L. Friedrich
DABNEY L. FRIEDRICH
United States District Judge

October 31, 2026